IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO: 4:18-CR- 27 - CDL |
| | : |
| v. | : VIOLATIONS: |
| | : 18 U.S.C. § 1014 |
| SHAKUR WARNER, | : 18 U.S.C. § 2 |
| MONIQUE BATTLE, | : 18 U.S.C. § 922(g) |
| and | : 18 U.S.C. § 922(j) |
| RAKEYA LAWRENCE | : |
| | : |
| Defendants. | : **INDICTMENT** |
| | : |

**THE GRAND JURY CHARGES:**

## COUNT ONE

### (FALSE STATEMENTS ON LOAN AND CREDIT APPLICATIONS)

On or about January 10, 2018, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the court,

**SHAKUR WARNER,
MONIQUE BATTLE,
and
RAKEYA LAWRENCE,**

Defendants herein, aided and abetted by each other, did knowingly make a false statement or report for the purpose of influencing the action of Kinetic Credit Union, an institution the accounts of which are insured by the National Credit Union Administration Board, in connection with a loan, in that Defendants used the name and social security number of "D.J." while attempting to obtain a loan from Kenetic, when in truth and fact, as the Defendants well knew, none of the parties was authorized to use D.J.'s personal identifying information; all in violation of Title 18, United States Code, Section 1014, in connection with Title 18, United States Code, Section 2.

## COUNT TWO

### (FALSE STATEMENTS ON LOAN AND CREDIT APPLICATIONS)

On or about January 2, 2018, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the court,

**SKAKUR WARNER,**
**MONIQUE BATTLE,**
**and**
**RAKEYA LAWRENCE,**

Defendants herein, aided and abetted by each other, did knowingly make a false statement or report for the purpose of influencing the action of Navy Federal Credit Union, an institution the accounts of which are insured by the National Credit Union Administration Board, in connection with a loan, in that Defendants used the name and Social Security number of "D.J.," a person whose name is known to the Grand Jury, while attempting to obtain a loan from Navy Federal, when in truth and fact, as the Defendants well knew, none of the parties was authorized to use D.J.'s personal identifying information; all in violation of Title 18, United States Code, Section 1014, in connection with Title 18, United States Code, Section 2.

## COUNT THREE

### (POSSESSION OF A FIREARM BY A CONVICTED FELON)

On or about January 10, 2018, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the court,

**SHAKUR WARNER,**

Defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly receive and possess a firearm which previously had been

shipped and transported in interstate and foreign commerce, to wit: one Taurus Model PT 738 TCP .380, serial number 95008D; all in violation of Title 18, United States Code, Section 922(g).

## COUNT FOUR

### (POSSESSION OF A STOLEN FIREARM)

On or about January 10, 2018, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the court,

**SHAKUR WARNER,**

Defendant herein, did knowingly receive and possess a stolen firearm, to wit: one Taurus Model PT 738 TCP .380, serial number 95008D, which previously had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe that the firearm was stolen; all in violation of Title 18, United States Code, Section 922(j).

## COUNT FIVE

### (AGGRAVATED IDENTITY FRAUD)

On or about January 10, 2018, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the court,

**SHAKUR WARNER,**
**MONIQUE BATTLE,**
**and**
**RAKEYA LAWRENCE,**

Defendants herein, aided and abetted by each other, did knowingly use the means of identification of another person, to wit: "D.J.," whose name is known to the Grand Jury, without lawful authority during and in relation to the offense charged in Count One of this Indictment, that is,

they knowingly used the name, social security number, and date of birth of D.J. in an attempt to fraudulently procure a loan; all in violation of Title 18, United States Code, Section 1028A, in connection with Title 18, United States Code, Section 2.

A TRUE BILL.

/s/ Foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

CHARLES E. PEELER
UNITED STATES ATTORNEY

Presented by:

MELVIN E. HYDE, JR.
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 12 day of June, AD 2018.

Deputy Clerk